UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ANTHONY BERTRAND MURRAY,

Debtor.

CHAPTER 13

CASE NO. 12-72176-CRM

### NOTICE OF FILING OF MODIFICATION OF CONFIRMED CHAPTER 13 PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**TO:** Creditors and Other Parties in Interest

**PLEASE TAKE NOTICE** that the Debtor has filed a proposed Modification to Confirmed Chapter 13 Plan, a copy of which Modification you are receiving with this Notice or have recently received by United States Mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file a written objection with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. If the twenty-fourth (24th) day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**

> Clerk, United States Bankruptcy Court
> 1340 Russell Federal Building
> 75 Spring Street, SW
> Atlanta, Georgia 30303

If you mail an objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: **1785 Cutters Mill Way, Lithonia, Georgia 30058.**

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification of Confirmed Chapter 13 Plan **on November 4, 2014 at 2:30 PM, Courtroom 1203, Russell Federal Building, 75 Spring Street, SW, Atlanta, Georgia. If no objection is timely filed, the Court may approve the proposed Modification without further notice or hearing.**

This _2_ day of October, 2014.

                                            Respectfully submitted,
                                            JEFF FIELD & ASSOCIATES

                                            R. JEFRREY FIELD
                                            Attorney for Debtor
                                            State Bar No. 259670

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700
contactus@fieldlawoffice.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ANTHONY BERTRAND MURRAY,

Debtor.

CHAPTER 13

CASE NO. 12-72176-CRM

### POST CONFIRMATION MODIFICATION OF
### CHAPTER 13 PLAN AND REQUEST FOR APPROVAL

ANTHONY BERTRAND MURRAY, Debtor, proposes to modify the confirmed Chapter 13 Plan in this case as set forth below and requests that this Modification be approved.

### MODIFICATION OF PLAN

ANTHONY BERTRAND MURRAY, Debtor, modifies his Chapter 13 Plan that was confirmed on or about December 12, 2012 as follows:

1.

Debtor modifies Paragraph 5(A)(iii)(a) of his Chapter 13 Plan to read as follows:

Unless otherwise specified in this Plan, priority claims under 11 U.S.C. Section 507(a)(1) will be paid in full pursuant to 11 U.S.C. Section 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property and claims for assumed leases or executor contracts.

| Creditor Name & Address | Estimated Arrearage Claim | Projected Monthly Arrearage Payment |
|---|---|---|
| Cheryl Lynn Hickman c/o Office of DeKalb County District Attorney UIFSA Division One West Court Square Suite 450 Decatur, Georgia 30030 | $3,366.93 | $300.00 Per Month |

This ___2___ day of October, 2014.

Respectfully submitted,
JEFF FIELD & ASSOCIATES

_____
R. JEFFREY FIELD
Attorney for Debtor
State Bar No. 259670

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700
contactus@fieldlawoffice.com

## VERIFICATION

I declare, under penalty of perjury, that the facts contained in the foregoing document are true and correct to the best of my knowledge and belief.

Date: OCT 0 1 2014

_____
DEBTOR

_____
DEBTOR